IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

TYRONE L. SMITH,

     Petitioner,

v.

STATE OF FLORIDA,

     Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-4778

Opinion filed December 16, 2015.

Petition for Writ of Mandamus -- Original Jurisdiction.

Tyrone L. Smith, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

The petition for writ of mandamus is denied on the merits. See Rodriguez v. State, 21 So. 3d 826 (Fla. 3d DCA 2009) (table) (denying a petition for writ of mandamus as premature).

ROBERTS, C.J., and KELSEY, J., concur. BENTON, J., dissents without opinion.